**DENIED and Opinion Filed August 15, 2024**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00595-CV

## IN RE DERRICK SHAWN CULBERSON, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-9830801**

## MEMORANDUM OPINION
Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Goldstein

In his May 16, 2024 petition for writ of mandamus, relator contended that the trial court had refused or failed to act on his article 11.072 application for writ of habeas corpus. The Court denied relief in a memorandum opinion and order, and relator moved for rehearing. We deny the motion for rehearing, withdraw our memorandum opinion, and vacate our order of July 8, 2024, and we issue this new memorandum opinion and order of this date in their stead.

To establish a right to mandamus relief in a criminal case, the relator must show that the trial court violated a ministerial duty and there is no adequate remedy

at law. *In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding).

Because relator is serving a prison term, he is eligible for relief under article 11.07 of the code of criminal procedure but ineligible under article 11.072; thus, compelling the trial court to issue an article 11.072 order would be a fruitless action. *See Ex parte Taylor*, No. 05-19-01565-CR, 2020 WL 3248492, at *3 (Tex. App.— Dallas June 16, 2020, no pet.) (mem. op.) (not designated for publication). Therefore, after reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

240595F.P05